STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOHN H. JENKINS, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Carl R. Soller* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. James R. Zazzali* for the respondent.

September 17, 1968. Denied.

DONALD ETTIN, PLAINTIFF-RESPONDENT, v. AVA TRUCK LEASING, INC., DEFENDANT-PETITIONER, CROSS-RESPONDENT, AND SWEETS CO. OF AMERICA, INC., DEFENDANT-RESPONDENT, CROSS-PETITIONER.

*Messrs. Schreiber & Lancaster* and *Mr. Gerald W. Conway* for the petitioner, cross-respondent.

*Messrs. Moser, Roveto & McGough* for the respondent, cross-petitioner.

*Messrs. Baker, Garber, Chazen & Duffy* for the respondent.

September 17, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY R. PAPPALARDO, DEFENDANT-PETITIONER.

*Messrs. Stein, Bliablias & Goldman* and *Mr. Kenneth J. McGuire* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Leslie P. Glick* for the respondent.

September 17, 1968. Denied.